**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2324

KATHRYN PAIGE JAGGERS,

             Plaintiff - Appellant,

      v.

ODYSSEY HEALTHCARE, INCORPORATED,

             Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge. (2:05-cv-03385-DCN)

Submitted:  February 20, 2008          Decided:  May 7, 2008

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, LLC, Charleston, South Carolina, for Appellant.  Benjamin P. Glass, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathryn Paige Jaggers appeals the district court's order denying relief in this action alleging wrongful termination in violation of public policy, a violation of the Fair Labor Standards Act, and other claims related to her employment with Odyssey Healthcare, Inc. We have reviewed the materials before us and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jaggers v. Odyssey Healthcare, Inc., No. 2:05-cv-03385-DCN (D.S.C. Nov. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED